# United States District Court

WESTERN DISTRICT OF WASHINGTON

CLAY A. WALTERS,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.

MICHAEL J. ASTRUE,                      CASE NUMBER: C06-5384RBL
Commissioner of Social Security
 Administration,

        Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The Administrative Decision is AFFIRMED.

    May 2, 2007                                        BRUCE RIFKIN
                                                                       Clerk

                                                               /s/ Pat LeFrois
                                                               Deputy Clerk